UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BEST LABEL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM LABEL & DECAL, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-03051-LHK   (VKD)<br><br>**ORDER RE DECEMBER 1, 2021 DISCOVERY DISPUTE RE INDIVIDUAL DEFENDANTS' NET WORTH**<br><br>Re: Dkt. No. 142 |

The parties ask the Court to resolve a discovery dispute concerning plaintiff The Best Label Company, LLC's ("BLC") requests for information and documents reflecting the individual defendants' net worth. Dkt. No. 142. This matter is suitable for resolution without oral argument. Civil L.R. 7-1(b). For the reasons stated below, the Court will require the individual defendants to produce evidence of their present net worth.

BLC served interrogatories on each individual defendant asking for a statement of the defendant's present net worth and net worth as of January 1, 2021. *See, e.g.,* Dkt. No. 142-1 (Interrogatories Nos. 16-17). In addition, BLC served requests for documents sufficient to show each individual defendant's present net worth and net worth as of January 1, 2021. *See, e.g.*, Dkt. No. 142-5 (Requests Nos. 50-51). BLC argues that this discovery is relevant to its claim for punitive damages. Dkt. No. 142 at 5-6. The individual defendants object to these discovery requests. While they do not dispute that net worth may be relevant to a claim for punitive damages, they argue that BLC should be required to first make a prima facie showing of entitlement to such damages, which it has not done, and that, at most, the individual defendants should have to disclose only their present net worth. *Id.* at 7-8.

In their "statement of dispute," the parties advise: "On November 30, 2021, the Individual Defendants have agreed to provide declarations setting forth their net worth. Plaintiff has indicated that it will withdraw the discovery in dispute upon receipt of such declarations for each individual defendant, respectively." *Id.* at 4. However, in its portion of the joint submission, BLC demands both a declaration and supporting documents reflecting each individual defendant's net worth as of January 1, 2021 and the present. *Id.* at 6. The individual defendants say they are prepared to provide declarations stating their present net worth by December 31, 2021. *Id.* at 7.

BLC is entitled to discovery of the individual defendants' present net worth, but not their past net worth. *See Vieste, LLC v. Hill Redwood Dev.*, No. C-09-04024 JSW DMR, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). As the deadline for completion of fact discovery has already closed, there is no good reason for further delay. Each individual defendant must provide a declaration or interrogatory response that states his present net worth. In addition, each individual defendant must produce documents sufficient to show his net worth. The individual defendants shall provide this information and these documents no later than **December 23, 2021**, unless the parties agree to a different date. The protective order entered in the case provides sufficient protection for the legitimate privacy interests the individual defendants have in these materials.

**IT IS SO ORDERED.**

Dated: December 7, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2