UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BEST LABEL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CUSTOM LABEL & DECAL, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-03051-SI<br><br>**ORDER VACATING CURRENT CASE SCHEDULE AND HEARING DATES**<br><br>Re: Dkt. No. 180 |

The above matter was reassigned to the undersigned judge on January 6, 2022. Dkt. No. 180. Pursuant to Chief Judge Seeborg's order, all hearing and trial dates remained in place after reassignment.

The case schedule is hereby VACATED. The parties shall appear for a case management conference to reset the trial and other related deadlines on **Friday February 4, 2022 at 2:30 pm**. A joint case management conference statement is due on or before January 28, 2022.

Further, there are currently two pending motions in this matter – a motion for sanctions (Dkt. No. 164) and a motion for summary judgment (Dkt. No. 182). These motions shall be heard concurrently on March 4, 2022. This order does NOT impact the briefing deadlines for either motion – those remain the same.

**IT IS SO ORDERED**.

Dated: January 11, 2022

SUSAN ILLSTON
United States District Judge