UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BEST LABEL COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CUSTOM LABEL & DECAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03051-SI<br>　　　　　21-cv-3392-SI<br><br>**AMENDED ORDER VACATING CURRENT CASE SCHEDULE AND HEARING DATES** |

The above matters were reassigned to the undersigned judge on January 6, 2022. Dkt. No. 180. Pursuant to Chief Judge Seeborg's order, all hearing and trial dates remained in place after reassignment. The matters were previously referred to the Honorable Magistrate Judge Virginia K. DeMarchi and she will remain the discovery magistrate. The January 18, 2022 10 a.m. hearing on the pending discovery motions shall proceed as previously scheduled.

The case schedules are otherwise VACATED. The parties shall appear for a case management conference to reset the trial and other related deadlines on Friday February 4, 2022 at 2:30 pm. A joint case management conference statement is due on or before January 28, 2022.

The pending motion for summary judgment in Case No. 19-cv-03051 (Dkt. No. 182) shall be heard on March 4, 2022. This order does NOT impact the briefing deadlines for said motion.

The undersigned will notify the parties at the February 4, 2022 CMC whether a hearing is required for the pending motion to dismiss in Case No. 21-cv-3392 (Dkt. No. 29).

**IT IS SO ORDERED**.

Dated: January 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge