1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    RESOURCES LABEL GROUP, LLC,              Case No. 21-cv-03392-SI
8                         Plaintiff,
9              v.                             ORDER DENYING MOTION TO
                                             DISMISS BUT GRANTING MOTION
10   CUSTOM LABEL & DECAL, LLC, et al.,       TO STAY
11                        Defendants.         Re: Dkt. No. 29
12
13         The instant action was filed after Judge Koh, in an earlier filed related action, denied
14   plaintiff's motion to amend the complaint.  See Case No. 19-cv-3051 Dkt. No. 110 (Motion to
15   Substitute Party in Interest; Alternatively Leave to File First Amended Complaint) and Dkt. No. 136
16   (Judge Lucy Koh Order Denying Motion to Substitute/Amend).  In the earlier filed related action,
17   plaintiff sought to do the following: (1) change the plaintiff to Resources Label Group, LLC, (2)
18   add a cause of action, and (3) add new defendants.  See Case No. 19-cv-3051 Dkt. No. 110 (Motion
19   to Substitute Party in Interest; Alternatively Leave to File First Amended Complaint).  In the wake
20   of Judge Koh's order, plaintiffs filed the instant action on May 6, 2021.  Dkt. No. 1.  The instant
21   action involves the same set of facts as the underlying action, with the only major differences being
22   (1) the plaintiff in this action is Resources Label Group and the plaintiff in the underlying action is
23   Best Label Company LLC; and (2) the instant action includes several defendants not named in the
24   underlying action.
25         On August 10, 2021, defendants filed a motion to dismiss or in the alternative stay the instant
26   action.  Dkt. No. 29.  The motion was set for hearing on December 2, 2021 but the hearing was later
27   vacated by Judge Koh and the parties were told the matter would be decided on the papers.  Dkt.
28   No. 41 (Clerk's Notice Vacating Hearing).  Thereafter, Judge Koh was elevated to the Ninth Circuit

United States District Court
Northern District of California

and both this action and the related action (Case No. 19-cv-3051) were reassigned to the undersigned Judge.  Dkt. No. 50.  The motion to dismiss, or in the alternative stay, the instant action is still pending.

The underlying action, which largely overlaps with the instant action, is set for trial before the undersigned judge on July 5, 2022.  The underlying action has been litigated for several years and dispositive motions are set to be heard in March 2022.  Further, during the February 7, 2022 case management conference, counsel for plaintiffs in the instant action stated that so long as the earlier filed case was set for trial close to when it was originally set (it was originally set for March 28) he "didn't think there would be much prejudice" to staying the instant action.  Dkt. No. 57.

In light of (1) how much the instant action overlaps with the earlier filed action; and (2) the amount of work already completed in the underlying action such that the dispositive motion hearing is less than a month away and a trial will be held this summer, the Court GRANTS defendants' motion to stay the instant action until after trial of the underlying action.

**IT IS SO ORDERED**.

Dated:  February 8, 2022

SUSAN ILLSTON
United States District Judge