UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BEST LABEL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CUSTOM LABEL & DECAL, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-03051-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND LENGTH OF TRIAL**<br><br>Re: Dkt. No. 232 |

On June 6, 2022, plaintiff filed the instant motion to extend the length of trial to 25 court days, or in the alternative, 20 court days; defendants oppose. Dkt. No. 232 (Motion to Extend Length of Trial); Dkt. No. 238 (Opposition). The Court heard oral argument during the July 8, 2022 hearing. A court may modify a scheduling order "for good cause." Fed. R. Civ. P. 16(b)(4). Having considered the papers submitted and arguments made, the Court hereby GRANTS plaintiff's motion to extend the length of trial from the eight court days it was set for, to ten court days. Based on the current state of affairs, trial shall take place on August 29-September 1, September 6-8, and September 12-14.

However, the parties have yet to submit their final pre-trial paperwork including their witness lists, with summaries of anticipated testimony. Preliminary witness lists have been exceedingly long, suggesting that redundant or cumulative testimony may be planned. The parties are cautioned the Court will not allow redundant or cumulative testimony. Further, if the witness list shrinks considerably – either by the parties or by this Court's discretion during the pre-trial conference – the Court could find the trial need not be 10 court days.

**IT IS SO ORDERED**.

Dated: July 11, 2022

SUSAN ILLSTON
United States District Judge